AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Trayvone R. Kasey | ) Case No. 7:18MJ0018 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13 and 15, 2018__ in the county of __Roanoke City__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875 | Interstate Communications Constituting Threats to Injure |
| 18 U.S.C. Section 2261A | Cyberstalking |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

Received by reliable electronic means and attested to telephonically

*Complainant's signature*

Ryan D. Brady, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/15/2018

*Judge's signature*

City and state: Roanoke, Virginia

Robert S. Ballou, USMJ
*Printed name and title*

<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST MR. TRAYVONE R. KASEY</u>

Over the past seventy-two (72) hours, your affiant has developed probable cause to believe that Mr. Trayvone Kasey has repeatedly made threats transmitted in interstate or foreign commerce, in violation of 18 U.S.C. § 875, which conduct also constitutes cyberstalking using a means or facility of interstate commerce, in violation of 18 U.S. Code § 2262A. Your affiant has reviewed a Roanoke City Police Incident report (18-015783) which was taken at the victim's residence located at ▮▮▮▮▮▮ NW Roanoke, VA 24017 in the Landsdowne Neighborhood. Your affiant has also debriefed the responding officer responsible for that report on all of the matters set forth in that report and the pertinent parts of her report set forth herein in order to confirm their accuracy.

The responding officer indicated that on February 13th, 2018, the victim, T▮▮▮ S▮▮▮, received threatening text messages and phone calls received from phone number 540-▮▮▮▮ which S▮▮▮ stated is currently in use by Trayvone Kasey. Your affiant knows that Ms. S▮▮▮ and Mr. Kasey are well acquainted, having previously been involved in a personal, romantic relationship. Ms. S▮▮▮ knows that Mr. Kasey was the person who was sending the text messages because he was also calling her to verbally discuss the same matters that the two of them were discussing in the text messages. Based on previous reported incidents to Roanoke City Police and statements made by the victim, there is a history of reported assaults in which T▮▮▮ S▮▮▮ stated that Trayvone Kasey physically assaulted Ms. S▮▮▮ The responding officer noted in her report that she reviewed the text messages while on scene and that the threatening messages were received on February 13, 2018. In addition to viewing the messages, the responding officer noted that while on scene the victim received several phone calls from a private number; when Ms. S▮▮▮ did not answer the calls, Kasey sent text messages in which Kasey demanded that the victim answer the phone. The responding officer placed photographs of Ms. S▮▮▮ phone showing the threatening text messages sent by Kasey into evidence, which this affiant has reviewed. That evidence consists of the following, but please note that the language in the brackets explains the slang terms and abbreviations used by the offender based on your affiant's knowledge, training, and experience:

On February 13, 2018:

Kasey: I ain't doing nomore talking I'm omw [on my way]

Later another text sent by Kasey stated: "I'ma beat tf [the fuck] outta u my nigga that's on everything since u wanna talk to niggas watch"

One minute later Kasey sends: "Ain't no kk bitch I will come down there & go ham [go crazy] stop playing wit me dude fr [for real] ion [I don't] gaf [give a fuck] about the chit u talking bout fr [for real]"

Two minutes later Kasey goes on to say: " Don't look & not reply bitch on god I will flip & fuc [fuck] chit up fr [for real] stop playing wit [with] me dude in god omm [on my momma] my chit"

Ten minutes and multiple texts messages later in response from a message from the victim which read "night", Kasey stated: "Ain't no night bitch u only saying that cuhz [because] some one down there omm [on my momma] I'ma just come thru the window one day & u ain't gone no it I swear & hope a nigga there fr [for real]."

On February 15, 2018, at approximately 2:00 p.m., your affiant made contact with the victim in an effort to follow up on the previously reported threats. Your affiant obtained the following screen shots taken by the victim, which she received from the same number listed above used by Trayvone Kasey:

Kasey: "I'm done texting & calling have fun dirty lil slut"

Kasey: I blind & u can't hear that's crazy tho but its all good never did chit but u taken it to far wit it but just watch on my kid nigga omm [on my momma] ima do something mean & swear to God I don't gaf [give a fuck] about the police my nigga tell them I send this omm im going to do something mean to u u wanna do me dirty when I ain't do chit tho really watch how I take it tho come to court & press charges fuc it"

Kasey: "Now u turn your phone off wow I swear dude I'ma just ask u one time my nigga is your fucing of or nah ??? U did this wen I first met u ignoring his calls & texts & was fuving me so ig [I guess] u think I'm dumb little do uk [you know] I live in Landsdowne you gone stay home… & I promise ones I catch u I want u to tell me the truth if not I'ma beat tf [the fuck] outta u so many time that I text & call u so put that thru your head don't gaf [give a fuck] nomore u turn your bac or me when a nigga really wasn't doing chit yo really tho it's crazy don't gaf about no charges already got a lotta cases depending [interpreted as cases pending] on me so it ain't nun I don't gaf [give a fuck] u come too court fr turn your phone !?????????? Really I swear I'ma catch u"

In reviewing the cell service providers for both phone numbers, 540-█████ for Travone Kasey and 540-█████ for the victim, it was determined that both are serviced and operated by T-Mobile U.S. which is headquartered at 12920 Se 38th St. Bellevue, WA with additional corporate offices located in New Jersey, Texas, and other states.

On February 15, 2018, at approximately 4:00 p.m., law enforcement was dispatched to Ms. S█████ location when her mother requested assistance using the 9-1-1 phone system. The mother reported that Mr. Kasey was outside of Ms. S█████ apartment banging on the door. When an officer arrived, Mr. Kasey was observed fleeing the location but he was not located.

The text messages at issue were sent between the two cell phones using a means or facility of interstate commerce, namely, the cell phone tower network for T-Mobile US, Inc. I have learned through consultation with an expert in the field of cellular record analysis that cellular communications must utilize carrier specific equipment (i.e. cell towers and carrier network switches) to transmit voice, texts, and data across their respective networks and subsequently deliver those communications to the intended recipient. In order to facilitate the successful transmission of these communications, they utilize a network of interstate connections

(i.e. fiber optic cables) which many times results in the transmission traveling through one or more states before being received by the intended recipient.

RYAN D. BRADY

FBI Task Force Officer

Signed on February 15, 2018

Received by reliable electronic means and sworn to telephonically

Sworn to in my presence telephonically

February 15, 2018
Roanoke, Virginia

Robert S. Ballou, USMJ